■  BARCLEY KNITWEAR CO., INC., Appellant, v ARKWRIGHT-BOSTON MAN-

UFACTURERS MUTUAL INSURANCE COMPANY, Respondent.—Order and judgment, Supreme Court, New York County, entered on August 7 and August 14, 1975, respectively, unanimously affirmed on the opinion of Helman, J., at Special Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Capozzoli, Lane, Nunez and Lynch, JJ.